# ALABAMA COURT OF CRIMINAL APPEALS



December 12, 2025

**CR-2024-0831**

Ivan Quintel Metcalf v. State of Alabama (Appeal from Lawrence Circuit Court: CC-07-459)

## NOTICE

You are hereby notified that on December 12, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk